UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN MANNING and SHEILA MANNING, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>Defendant. | No.<br><br>NOTICE OF REMOVAL TO FEDERAL COURT PURUSANT TO 28 U.S.C. §§ 1441 & 1446 |

TO:   Judges of the United States
      District Court for the Western District of Washington at Seattle;

AND TO:   Attorney for Plaintiffs

The Defendant, through its counsel of record, hereby provides notice of removal pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), and § 1446(a), (b) and (d). The grounds for removal are as follows:

1.   This notice of removal is brought pursuant to 28 U.S.C. §§1441(a), 1446 and Western District CR 101(a) and (b). This Court has original jurisdiction pursuant to 28 U.S.C.

NOTICE OF REMOVAL TO FEDERAL COURT
PURUSANT TO 28 U.S.C. §§ 1441 & 1446 – 1
ljj/JMS1379.970/4312189X

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVE., SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

§1332(a) and (c) on the basis that there is complete diversity of citizenship between the parties and the amount in controversy is in excess of $75,000, exclusive of treble damages, interest and costs. Venue is proper in the U.S. District Court for the Western District of Washington at Seattle because the plaintiffs' action was filed in King County, Washington. *See* 28 USC §1441(a).

2. On November 18, 2022, the Insurance Commissioner was served with the Summons and Complaint and accepted Service on behalf of the Defendant, an authorized foreign insurer. True and correct copies of the Summons, Complaint, Insurance Commissioner's Certificate of Service and Order Setting Civil Case Schedule are attached as **Exhibit 1** to the Declaration of John M. Silk ("Silk Dec.").

3. Defendant First National Insurance Company of America, ("FNIC") is a foreign corporation and currently incorporated under the laws of the State of New Hampshire with its principal place of business in Boston, Massachusetts and for purposes of diversity jurisdiction is a citizen of a state other than Washington.

4. Upon information and belief, Plaintiffs were at the time the Complaint was filed, and currently are residents of Washington. In their Complaint, Plaintiffs alleges that they currently reside in King County, Washington. Complaint at Silk Dec., **Exhibit 1**, Paragraphs 1.1 and 1.2. There is complete diversity of citizenship between the parties pursuant to 28 U.S.C. §1332 (a) and (c).

5. Plaintiffs assert claims for Underinsured Motorist payments under the insurance policy and for alleged breach of contract, bad faith, negligence and violations of the Insurance Fair Conduct Act and the Consumer Protection Act. *See* Complaint, at Silk Dec., **Exhibit 1**, Paragraphs 4.1 through 6.3. As noted in their Complaint, among the damages the

NOTICE OF REMOVAL TO FEDERAL COURT
PURUSANT TO 28 U.S.C. §§ 1441 & 1446 – 2
ljj/JMS1379.970/4312189X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVE., SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Plaintiffs seek are the UIM policy limit of $100,000. **Exhibit 1**, Paragraph 3.9 and **Exhibit 2** (Plaintiffs' demand email dated October 8, 2021). In addition to Plaintiffs' UIM claim, Plaintiffs seek treble damages, penalties and attorney fees under the Consumer Protection Act ("CPA") and Insurance Fair Conduct Act ("IFCA"), which are included for calculating whether a plaintiff's claim meets the amount in controversy requirement. *See e.g., Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 700 (9th Cir. 2007). Defendant does not agree that Plaintiffs are entitled to payment of $100,000 for their UIM claim and denies any liability to Plaintiffs under the CPA and IFCA. Therefore, it is clear that the amount in controversy in this action exceeds $75,000.

6. Defendant will give written notice of the filing of this Notice of Removal to all attorneys of record and to the Clerk of the Superior Court of King County, Washington, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant requests that this action be removed to the United States District Court for the Western District of Washington at Seattle.

DATED this 7th day of December, 2022.

    *s/ John M. Silk*
John M. Silk, WSBA #15035
    *s/ Brian J. Hansford*
Brian J. Hansford, WSBA #47380
WILSON SMITH COCHRAN DICKERSON
1000 Second Ave., Suite 2050
Seattle, WA 98104
206-623-4100 T | 206-623-9273 F
silk@wscd.com | hansford@wscd.com
Attorneys for Defendant

NOTICE OF REMOVAL TO FEDERAL COURT
PURUSANT TO 28 U.S.C. §§ 1441 & 1446 – 3
ljj/JMS1379.970/4312189X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVE., SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

### CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on the below date I filed the foregoing document with the Clerk of the Court of the Western District of Washington using the court's CM/ECF system and I caused a true and correct copy to be served on:

**Attorney for Plaintiffs**
Loren A. Cochran
Nicholas B. Douglas
Cochran Douglas, PLLC
4826 Tacoma Mall Blvd, Suite C
Tacoma, WA 98409-7108
(  ) Via U.S. Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
(X) Via Email: loren@cochrandouglas.com
cole@cochrandouglas.com

**SIGNED** this 7th day of December, 2022, at Seattle, Washington.

                 *s/ Traci Jay*
                 Traci Jay

NOTICE OF REMOVAL TO FEDERAL COURT
PURUSANT TO 28 U.S.C. §§ 1441 & 1446 – 4
ljj/JMS1379.970/4312189X



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVE., SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273