1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN MANNING and SHEILA MANNING, individually and as husband and wife,<br><br>                                    Plaintiffs,<br><br>        vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>                                    Defendant.. | No.<br><br>DECLARATION OF JOHN M. SILK IN SUPPORT OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1441 & 1446 |

9
10
11
12
13
14
15
16
17

I, John M. Silk, declare:

18

1.      I am one of the attorneys for the defendant. I am competent to testify, and I

19

20

make this declaration based on my personal knowledge and on my review of the business

21

records of the defendant.

22

2.      On December 7, 2022, Defendant First National Insurance Company of

23

America ("FNIC) will file with the United States District Court for the Western District of

24

25

Washington at Seattle a Notice of Removal to Federal Court pursuant to 28 U.S.C. §§ 1441 &

26

DECLARATION OF JOHN M. SILK IN
SUPPORT OF REMOVAL TO FEDERAL
COURT – 1
jms/JMS1379.970/4312194X

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVE., SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1446. As required by 28 U.S.C § 1446(d), Notice of the Removal is being provided to both the Superior Court of King County and Plaintiffs' attorney.

3.    On November 18, 2022, a Summons and Complaint in this matter, *Steven Manning and Sheila Manning v. First National Insurance Company of America*, King County Superior Court Case No. 22-2-18811-1 SEA, was served on FNIC by way of service on Washington's Office of the Insurance Commissioner and Corporation Service Company. Attached as **Exhibit 1** is a true and correct copy of the document served on FNIC: a summons, a complaint, acceptance of service from the Office of Insurance Commissioner and the superior court's scheduling order.

4.    Plaintiffs assert claims for Underinsured Motorist payments under the insurance policy and for alleged breach of contract, bad faith, negligence and violations of the Insurance Fair Conduct Act and the Consumer Protection Act.  *See* **Exhibit 1**, Paragraphs 4.1 through 6.3.  The amount of damages was identified in Plaintiffs' complaint as being Plaintiffs' policy limit of $100,000.  *See* **Exhibit 1**, Paragraph 3.9 and **Exhibit 2 (**Plaintiffs' demand email dated October 8, 2021**).**  In addition to Plaintiffs' UIM claim, Plaintiffs seeks treble damages, penalties and attorney fees under the Consumer Protection Act ("CPA") and Insurance Fair Conduct Act ("IFCA"), which are included for calculating whether a plaintiff's claim meets the amount in controversy requirement. *See e.g., Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 700 (9th Cir. 2007). Defendant does not agree that Plaintiffs are entitled to payment of $100,000 for their UIM claim and denies any liability to Plaintiffs under the CPA and IFCA. Therefore, it is clear that the amount in controversy in this action exceeds $75,000.

DECLARATION OF JOHN M. SILK IN
SUPPORT OF REMOVAL TO FEDERAL
COURT – 2
jms/JMS1379.970/4312194X

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVE., SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

5.      FNIC has removed this matter within 30 days after it first became removable, as required by 28 U.S.C. § 1446(b). FNIC will give written notice of the filing of this Notice of Removal to all attorneys of record and to the Clerk of the Superior Court of King County, Washington, as required by 28 U.S.C. § 1446(d).

6.      First National Insurance Company of America is a foreign corporation currently incorporated under the laws of the State of New Hampshire with its principal place of business in Boston, Massachusetts and for purposes of diversity jurisdiction is a citizen of a state other than Washington.

7.      Below is the King County Superior Court docket regarding *Manning et ux. v. First National Insurance Company of America* as of December 7, 2022:

**22-2-18811-1 SEA**
MANNING ET ANO VS FIRST NATIONAL INSURANCE CO OF AMERICA
Tort /Motor Vehicle – Active

| Request Access to Sealed Documents | Request Fee Waiver | Purchase/View Court records |

| Summary | Participants | Document List | Events | Judgments |

**Documents**

**Documents List**

| Sub Number | Date Filed | Document Name | Additional Information | Page # | Seal |
|---|---|---|---|---|---|
| 1 | 11/15/2022 | CMPTMV – Complaint for Tort – Motor Vehicle | | 10 | |
| 3 | 11/15/2022 | CICS – Case Information Cover Sheet | | 1 | |
| 2 | 11/15/2022 | ORSCS-CV – Order Setting Case Schedule – Civil | | 6 | |
| 4 | 11/15/2022 | SM – Summons | | 2 | |
| 5 | 11/29/2022 | NTAPR – Notice of Appearance | | 2 | |

DECLARATION OF JOHN M. SILK IN
SUPPORT OF REMOVAL TO FEDERAL
COURT – 3
jms/JMS1379.970/4312194X

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVE., SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1
2    The Summons, Complaint, Acceptance of Service and Order Setting Case Schedule are

attached hereto as **Exhibit 1**.  Attached hereto as **Exhibit 3** are true and correct copies of the
3
Case Information Sheet and Notice of Appearance.
4
        I declare under penalty of perjury under the laws of the State of Washington that the
5
foregoing is true and correct.
6
        SIGNED this 7th day of December, 2022, at Seattle, Washington.
7

8
                        s/ John M. Silk
9                       John M. Silk, WSBA No. 15035

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26



WILSON          1000 SECOND AVE., SUITE 2050
SMITH           SEATTLE, WASHINGTON 98104
COCHRAN         TELEPHONE: (206) 623-4100
DICKERSON       FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on the below date I filed the foregoing document with the Clerk of the Court of the Western District of Washington using the court's CM/ECF system and I caused a true and correct copy to be served on:

**Attorney for Plaintiffs**
Loren A. Cochran
Nicholas B. Douglas
Cochran Douglas, PLLC
4826 Tacoma Mall Blvd, Suite C
Tacoma, WA 98409-7108
(  )  Via U.S. Mail
(  )  Via Facsimile
(  )  Via Hand Delivery
(X)  Via Email:  loren@cochrandouglas.com
cole@cochrandouglas.com

SIGNED this 7th day of December, 2022, at Seattle, Washington.

_s/ Traci Jay_____
Traci Jay

DECLARATION OF JOHN M. SILK IN
SUPPORT OF REMOVAL TO FEDERAL
COURT – 5
jms/JMS1379.970/4312194X



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVE., SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273