1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN MANNING and SHEILA
MANNING,

              Plaintiffs,

     v.

FIRST NATIONAL INSURANCE
COMPANY OF AMERICA,

              Defendant.

CASE NO. 2:22-cv-1733

ORDER EXTENDING TRIAL DATE

THIS MATTER having come before the undersigned Judge of the above-entitled court based upon the Stipulation of the parties to Continue the Trial Date; and the Court being fully advised, now, therefore, it is hereby:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the trial date and modified deadlines are set forth as follows:

| | |
|---|---|
| Deadline for Joining Additional Parties | December 11, 2023 |
| Deadline For Amended Pleadings | March 25, 2024 |
| Disclosure Of Expert Testimony Under FRCP 26(a)(2) | March 25, 2024 |
| Discovery Motions Due By (LCR 7(d)) | April 24, 2024 |
| Discovery Completed By | May 24, 2024 |

ORDER EXTENDING TRIAL DATE - 1

| All Dispositive Motions and Motions Challenging Expert Witness Testimony Must Be Filed By | June 24, 2024 |
|---|---|
| Settlement Conference By | August 22, 2024 |
| All Motions In Limine Must Be Filed | September 11, 2024 |
| Deposition Designations; Pretrial Order Due By | September 30, 2024 |
| Trial Briefs; Proposed Voir Dire Questions And Proposed Jury Instructions | October 7, 2024 |
| Pretrial Conference | October 15, 2024 at 9:30 am |
| Jury Trial (6 days) | October 21, 2024 |

Dated this 11th day of October, 2023.


Jamal N. Whitehead
United States District Judge

ORDER EXTENDING TRIAL DATE - 2