THE HON. JAMAL N. WHITEHEAD
TRIAL DATE: 10/21/2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN MANNING and SHEILA MANNING, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>Defendant. | No. 2:22-cv-1733 JNW<br><br>STIPULATED MOTION AND (PROPOSED) ORDER OF DISMISSAL<br><br>NOTE FOR: 3/20/2024 |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorneys fees and other litigation expenses.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STIPULATED MOTION AND (PROPOSED) ORDER OF DISMISSAL (Cause No. 2:22-cv-1733 JNW) – 1
LSW1379.970/4863-5208-7464 v.1x

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 20th day of March, 2024.

*s/ Nicholas B. Douglas*
Loren A. Cochran, WSBA #32773
Nicholas B. Douglas, WSBA#49786
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402
253-472-7777 T | 253-472-5246
loren@cochrandouglas.com | cole@cochrandouglas.com
Attorneys for Plaintiffs


*s/ Lesli S. Wood*
Lesli S. Wood, WSBA# 36643
WILSON SMITH COCHRAN DICKERSON
1000 Second Ave., Suite 2050
Seattle, WA 98104
206-623-4100 T | 206-623-9273
wood@wscd.com
Attorneys for Defendant


ORDER OF DISMISSAL

Based on the above stipulation, IT IS SO ORDERED.

DATED this 20th day of March, 2024.



Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND (PROPOSED) ORDER OF DISMISSAL (Cause No. 2:22-cv-1733 JNW) – 2
LSW1379.970/4863-5208-7464 v.1x

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**<u>Attorney for Plaintiffs</u>**
Loren A. Cochran
Nicholas B. Douglas
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402
loren@cochrandouglas.com
cole@cochrandouglas.com

**SIGNED** this 20th day of March, 2024, at Seattle, Washington.

 _s/ Traci Jay_
Traci Jay

STIPULATED MOTION AND (PROPOSED) ORDER OF DISMISSAL (Cause No. 2:22-cv-1733 JNW) – 3
LSW1379.970/4863-5208-7464 v.1x



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273